JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALMEN,<br><br>   Petitioner,<br><br> v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. LA CV 17-7405 AB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Summarily Dismissing Action Without Prejudice and Denying Certificate of Appealability.

DATED: December 22, 2017

            HON. ANDRÉ BIROTTE, JR.
            UNITED STATES DISTRICT JUDGE